IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY MYERS,

    Plaintiff,

v().

COMMISSIONER OF THE
SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

: Case No. 3:15-CV-412
: JUDGE WALTER H. RICE
:

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #21);
SUSTAINING PLAINTIFF'S MOTION AND SUPPLEMENTAL MOTION
FOR ALLOWANCE OF ATTORNEY FEES (DOCS. ##15, 17);
AWARDING PLAINTIFF ATTORNEY FEES IN THE AMOUNT OF
$30,850.00; CASE TO REMAIN TERMINATED ON COURT'S
DOCKET

---

On November 28, 2018, United States Magistrate Judge Sharon L. Ovington issued a Report and Recommendations, Doc. #21, recommending that the Court sustain Plaintiff's Motion and Supplemental Motion for Allowance of Attorney Fees, Docs. ##15, 17, in the amount of $30,850.00. Although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections were filed within the time allotted.

Based on the reasoning and citations of authority set forth by Magistrate Judge Ovington in the Report and Recommendations, Doc. #21, as well as upon a

thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety.

The Court SUSTAINS Plaintiffs' Motion and Supplemental Motion for Allowance of Attorney Fees. Docs. ##15, 17. The Commissioner is DIRECTED to pay Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b) in the total amount of $30,850.00.

The above-captioned case shall remain terminated on the Court's docket.

Date: December 13, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE